UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 99-cr-50089 |
| VERSUS | JUDGE WALTER |
| JOHN R. COOKE | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motions for Hearing and to Change Venue (Docs. 60, 61, 62 and 63) are denied.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _19_ day of _Sept_, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE